UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 22-cv-81766-CIV-CANNON

ANDREW HORACE,

**Plaintiff,**

V.

ARIA (Addiction Recovery Institute of America), Evernia Health Center, LLC, American Treatment Holdings INC and Ethema Health Corporation

C/o Shawn Leon

**Defendant.**

_____/

FILED BY MKK D.C.

DEC 27 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## NOTICE OF INTENT TO PROCEED AS PRO SE/RESPONSE TO ORDER DOCKET 12/7/22 AND MOTION TO PROCEED ON AMENDED COMPLAINT

COMES NOW, Plaintiff, by and through the undersigned counsel. Plaintiff sues ARIA (Addiction Recovery Institute of America), Evernia Health Center, LLC, American Treatment Holdings, INC and Ethema Health Corporation. Plaintiff states as follows:

### ARGUMENT:

1. **Plaintiff's Opposition is Factual**

The Nature of Plaintiff's claim falls under The Florida Civil Rights Act of 1992 based on Race/Gender Discrimination. The removing party (counsel) failed to identify the correct nature of Plaintiff's claim in the Status Removal Report. Counsel/Defendant knew beforehand that Plaintiff's Charge of Discrimination was Race. This is questionable to why Counsel did not mark **442 Employment Civil Rights in the Status Removal Report?** Race is clearly stated in Plaintiffs EEOC Charge of Discrimination! *See exhibit 1x, Charge of Discrimination and along with exhibit 2x Notice of Rights to Sue. In addition, see exhibit 3x (wage Attorney/Shaw Leon!)* Therefore,

Plaintiff cannot conform to the requirements of FLSA. *Defendant misfiled its Status Removal Report which is a deficiency, knowingly Plaintiff's Charge of Discrimination is Race and other elements under Race.* Plaintiff's Amended Complaint serves as the response for order on docket entered FLSD 12/7/22. Plaintiff was unable to file timely within 14 days Pursuant to Southern District Florida Local Rule 7.1 (c) (1) after filing and service of Defendant's Motion, Plaintiff apologize.

Next, in Counsel's verbiage; Plaintiff's mudslinging accusations against separate and distinct entities, such as Evernia Health Center, LLC – based solely on the filing of a Fair Labor Standards Act case more than three years; Case 9:22-cv-81766-AMC Document 13 Entered on FLSD Docket 12/19/2022 Page 2 of 4 3 ago - has absolutely no bearing on the claims Plaintiff is trying to assert here and should also be disregarded. Plaintiff's ridiculous attempt to accuse the world of his perceived wrongs should be rejected; ***First, nothing is mudslinging when Plaintiff's facts prove otherwise! Secondly, Defendant has already proven to the world of its wrongdoing in the filing of; Lopez V. Evernia Health Center, LLC case which is public!*** Counsel defense make no sense. Also, it doesn't matter if Lopez case was filed 3, 4 or 10 years ago, it still has relevance to Plaintiff's claim (ex) wage theft! However, years later Defendant continued its unlawfully employment behavior/practices under its new name *ARIA*. Consequently, under ARIA the Defendant did not only commit wage theft again but race/gender discrimination, disparate treatment along with a hostile environment which caused plaintiff to voluntarily separate due to dishonesty, race/gender discrimination, disparate treatment, wage theft, hostile environment and unethical business practices the Plaintiff witnessed. Having said that that makes it ***plausible!*** Plaintiff will ask this Court to compel records and subpoena current employees as this case progress. Due to Defendants repeated unlawful discrimination acts, its Motion must be stricken. Furthermore, counsel failed to realize the pay-stubs entered were not to submit a claim but to show ***disparate treatment*** in pay of how Plaintiff was treated differently by working significantly less than a non-black employee who is a woman that held the same title as a Behavioral Health Technician. In addition, intentionally changing of Plaintiff's pay-rate twice without his

consent, in further proving *disparate treatment*. Also, **another lie** that was told to Plaintiff was that he wasn't charged for raw fish. The meals range between 10.00 -12.00 dollars. The meal deduction was 23.32 (two meals) on the third paycheck, which means *I was charged for raw fish* and never refunded! Defendant stated Plaintiff was. At this point, the Defendant's continued dishonesty has became a disgrace to the United States District Court of Southern District of Florida and the Constitution as a whole and its Motion must be stricken.

*Nothing is perceived wrong, when the evidence is cemented!*

## II. Judicial System

The court systems of local, state, and federal governments, responsible for interpreting the laws passed by the legislative branch and enforced by the executive branch. These courts try criminal cases (in which a law may have been violated) or civil cases (disputes between parties over rights or responsibilities). The courts attempt to resolve conflicts impartially in order to protect the individual rights guaranteed by the Constitution, within the bounds of justice, as defined by the entire body of U.S. law.

**WHEREFORE:** Plaintiff moves this Honorable Court for an Order striking Defendants Motion against Plaintiff Amended Complaint. Plaintiff demands trail by Jury, judgment, punitive damages, compensate him for past and future pecuniary losses, disparate treatment caused by Defendants discriminatory treatment in an amount to be determined at trail and in accordance with the *Florida civil Rights act of 1992 Sections 760.01-760.11 and 509.092* and any other relief the Court deems appropriate and just.

## CONCLUSION

### The Constitution of the United States;

*We the People* of the United States, in Order to form a more perfect Union, establish Justice, insure domestic tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2022, I filed the foregoing document with the United States District Court for the Southern District of Florida

and emailed a true and correct copy to Counsel of Defendant,

/s/ Kenneth M. Rehns Kenneth M. Rehns, Esq. Florida Bar No. 1003357

krehns@warddamon.com

*Andrew Horace*

Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA  [X] EEOC | 2200152  15M-2022-00042 |

Palm Beach County Office Of Equal Opportunity                   and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Andrew Horace** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **3714 East Sandpiper Drive, Boynton Beach, FL 33436** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ARIA** | **15 - 100** | **(844) 929-0868** |

| Street Address | City, State and ZIP Code |
|---|---|
| **950 Evernia Street, West Palm Beach, FL 33401** | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                            02-09-22

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I believe that I have been discriminated against because of my race (African American) in violation of Article VI, Sections 2-261 thru 2-313 Palm Beach County Code (the Palm Beach County Equal Employment Ordinance), as amended, Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act of 1992, as amended, for the following reasons:

1. I worked for the employer named above as a Behavioral Health Technician since December 2021 until I was compelled to resign on February 9, 2022.
2. The terms and conditions of my employer's rules and regulation were different from my White co-worker. Other African American employees were treated in the same manner.
3. I believe these actions were taken against me because of my race (African American).

Exhibit IX

I want this charge filed with both the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/23/22
Date

*[signature: Andrew]*
Charging Party Signature



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)
Issued On: 12/21/2022

**To:** Andrew Horace
3714 East Sandpiper Drive
Boynton Beach, FL 33436

Exhibit 2X

Charge No: 15M-2022-00042
EEOC Representative and email:   Frank Hernandez
State, Local and Tribal Program Manager
frank.hernandez@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because: CP filed in court.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
12/21/2022
Evangeline Hawthorne
Acting District Director

Addiction and Recovery Institute of
America, LLC d/b/a ARIA and
Evernia Health Center LLC d/b/a ARIA
c/o Shawn Leon
President and CEO
1590 S. Congress Ave.
West Palm Beach Florida 33406

Please retain this notice for your records.

5/7/22, 1:49 AM                                                                 Mail - A L - Outlook

Outlook                                    🔍 Search                                    Meet Now          AL

New message   Reply  ⌄   🗑 Delete  📁 Archive  ⊘ Junk ⌄   Sweep   Move to ⌄   Categorize ⌄

Your browser supports setting Outlook.com as the default email handler.   Try it now   Ask again later   Don't show again

**Folders**

| Inbox | 29 |
| Junk Email | 13 |
| Drafts | |
| Sent Items | 1 |
| Deleted Items | 788 |
| Archive | |
| Notes | |
| Conversation History | |
| Unwanted | |

New folder

&gt; Groups

← FW: Andrew L. Horace (22-0144769)

NS  Natalie Staroschak &lt;nstaroschak@legalaidpbc.org&gt;
    Fri 5/6/2022 2:11 PM
    To: You
    Cc: Miriam Jarrett

Andrew,

See email sent below. Have a great weekend.

**Natalie Staroschak, Esq.**
Attorney at Law
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
Direct Phone: 561-822-9897
Phone: 561-655-8944, Ext. 155
Fax: 561-655-5269
e-mail: nstaroschak@legalaidpbc.org
website: www.legalaidpbc.org

LEGAL AID SOCIETY OF PALM BEACH COUNTY



IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSIBLE IN COURT

**From:** Natalie Staroschak
**Sent:** Friday, May 6, 2022 1:08 PM
**To:** Shawn Leon &lt;s.leon@ariafl.com&gt;
**Cc:** Miriam Jarrett &lt;mjarrett@legalaidpbc.org&gt;
**Subject:** Andrew L. Horace (22-0144769)

Shawn,

My Client is willing to accept the check for a total of around $65-$66. I want to clarify that this i a resolution ONLY for the wage dispute and does not have anything to do with any other claim. This does not represent any resolution aside from anything but the taxation issue. With that said, upon receipt of the check to our office we will close out this claim on our end. Please confirm an send the check to me at my office at the address listed in my signature block.

Thank you,

**Natalie Staroschak, Esq.**
Attorney at Law
Legal Aid Society of Palm Beach County, Inc.
423 Fern Street, Suite 200
West Palm Beach, FL 33401
Direct Phone: 561-822-9897
Phone: 561-655-8944, Ext. 155
Fax: 561-655-5269
e-mail: nstaroschak@legalaidpbc.org
website: www.legalaidpbc.org

LEGAL AID SOCIETY OF PALM BEACH COUNTY

IF THIS EMAIL CONTAINS OR REFERENCES SETTLEMENT NEGOTIATIONS, OR IS IN ANY WAY AN ATTEMPT TO NEGOTIATE A SETTLEMENT, IT IS A CONFIDENTIAL SETTLEMENT NEGOTIATION AND NOT ADMISSIBLE IN COURT