UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION No: 9:22-cv-81766 AMC

ANDREW HORACE

PLAINTIFF

VS

ARIA

(Addiction Recovery Institute of America)

C/O Shawn Leon

EVERNIA HEALTH CENTER LLC, et al.,

Defendant,



FILED BY __MEE__ D.C.

APR 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

    **COMES NOW**, Plaintiff "Horace" request United States Magistrate Judge Bruce E. Reinhart to preside and enter an established order to comply with the case disposition standards set forth in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B) in respect to March 19th, 2024, opinion by The United States Court of Appeals for the Eleventh Circuit reversing in part and remanding "Horace" Discrimination Claims in Counts 1 and 3 for further proceedings.

    **As a Matter of Law**, Kenneth Rehns must comply Pursuant Florida Statutes Title V. Judicial Branch § 38.23.

    **I HEREBY CERTIFY**, that on this day 15th of April 2024. I filed the forgoing document with The United States District Court Southern District of Florida West Palm Beach Division. A copy was emailed to Kenneth M. Rehns; krehns@warddamon.com.

*Andrew Horace*